■ In the Matter of SANDRA FELDMAN, as President of the United Federation of Teachers, et al., Appellants, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents. [686 NYS2d 842] —In a proceeding pursuant to CPLR article 78 to review a determination of the Board of Education of the City School District of the City of New York which terminated the New York City teaching licenses of Jennifer Jones, Brenda Parsons-English, Jose Dunker, and Karen Jacoby-Raglievich, the petitioners appeal from a judgment of the Supreme Court, Kings County (Kramer, J.), dated December 5, 1997, which dismissed the petition.

Ordered that the appeal of Jose Dunker is dismissed as withdrawn; and it is further,

Ordered that the judgment is affirmed insofar as reviewed; and it is further,

Ordered that the respondents are awarded one bill of costs.

CPLR 217 provides that "a proceeding against a body or officer must be commenced within four months after the determination to be reviewed becomes final and binding upon the petitioner". A determination is considered final and binding for CPLR 217 purposes when it has an impact upon the petitioner and when he knows he is aggrieved (*see, Matter of Metropolitan Package Store Assn. v Duffy,* 143 AD2d 832). On this record, so much of the petition as is asserted on behalf of Jennifer Jones was time-barred (*see, Matter of Clark v Suffolk County Dept. of Civ. Serv.,* 216 AD2d 464).

Contrary to the petitioners' arguments, the respondents' action in terminating the teaching licenses of the petitioners Brenda Parsons-English and Karen Jacoby-Raglievich was not arbitrary and capricious, since they admittedly failed to achieve a passing grade on the National Teacher's Examination within

five years of the issuance of their licenses (*see, Matter of Kudler v Board of Educ.,* 236 AD2d 403).

The petitioners' remaining contentions are without merit. S. Miller, J. P., Florio, McGinity and Luciano, JJ., concur.